# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUKE A MESSMER,<br><br>Defendant. | Case No. 5:22-po-00096-SAB-1<br><br>ORDER REQUIRING PARTIES TO ADVISE COURT IF NOT PROCEEDING TO TRIAL<br><br>**DEADLINE: SEPTEMBER 2, 2022** |

A trial is set in this matter for September 6, 2022, at 10:00 a.m., at which the Defendant is to appear in person, and at which the trial judge will be present in person, as will counsel and any witnesses. In order to preserve the time, resources and expenses of the parties, counsel, and the Court, the Court shall require the parties to advise the Court if the matter is NOT proceeding to a bench trial on August 2, 2022.

Accordingly, it is HEREBY ORDERED that on or before September 1, 2022, the parties shall advise the Court if they are NOT proceeding to a bench trial as currently scheduled for September 6, 2022. Silence will be deemed that the case is proceeding to bench trial.

IT IS SO ORDERED.

Dated:   **August 24, 2022**

UNITED STATES MAGISTRATE JUDGE

1