PHILLIP A. TALBERT
United States Attorney
JASON P. BASKETT
Special Assistant United States Attorney
1 S. Rosamond Blvd
Edwards AFB, CA
Telephone: (661) 277-4310

Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:22-PO-00096-SAB |
|---|---|
| Plaintiff, | MOTION TO TERMINATE PROBATION AND VACATE REVIEW HEARING SET FOR JULY 11, 2023; ORDER |
| vs. | |
| LUKE A. MESSMER, | |
| Defendant. | |

    On September 6, 2022, defendant Luke A. Messmer was found guilty in Case No. 5:22-PO-00096-SAB. He was sentenced to pay a $450.00 total financial obligation. He was also sentenced to probation for a period of one year expiring on 6 December, 2023. A Review Hearing was also set for July 11, 2023 at 10:00 AM at the Bakersfield Federal Courthouse.

    On September 17, 2022, defendant's $450.00 total financial obligation was received. Also, on September 22, 2022, Edwards Air Force Base Security Forces ran a criminal background check on defendant and found that he had not committed any law violations during the period of his probation. As the defendant has paid his total financial obligation and has complied with the terms of his probation, the government moves for early termination of defendant's probation and vacation of the Review Hearing set for July 11, 2023.

                                        Respectfully submitted,

                                        PHILLIP A. TALBERT
                                        United States Attorney

Date:  September 22, 2022         */s/ Jason Baskett*
                                        JASON BASKETT
                                        Attorney for Plaintiff

## **ORDER**

**IT IS SO ORDERED.** Probation for defendant Luke A. Messmer in Case No. 5:22-PO-00096-SAB is hereby terminated, as defendant has paid the entirety of his $450.00 total financial obligation. The Review Hearing set for July 11, 2023, is also hereby vacated.

IT IS SO ORDERED.

Dated:  **September 22, 2022**                                 
                                                        UNITED STATES MAGISTRATE JUDGE